UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:23-cv-00861-TDS-JEP

| | |
|---|---|
| VOTO LATINO, et al, | ) |
| Plaintiffs, | ) **SUPPLEMENT TO** |
| v. | ) **UNOPPOSED MOTION FOR STATUS CONFERENCE [D.E. 41]** |
| ALAN HIRSCH, et al., | ) |
| Defendants. | ) |

**NOW COME** Defendants Alan Hirsch, Jeff Carmon, Stacy Eggers, IV, Kevin N. Lewis, Siobhan O'Duffy Millen, and Karen Brinson Bell (collectively, the "State Board Defendants"), to provide this supplement to State Board Defendants' Unopposed Motion for a Status Conference. [D.E. 41].

1. Prior to filing the Unopposed Motion for a Status Conference, undersigned counsel inadvertently neglected to consult with Mr. Bradley O. Wood, counsel for Defendants, Members of the Watauga County Board of Elections ("Watauga CBE Defendants"). [D.E. 39, 41]. This morning, undersigned counsel consulted with Mr. Wood. Watauga CBE Defendants do not oppose the requested relief.

Respectfully submitted this the 13th day of November, 2023.

NORTH CAROLINA
DEPARTMENT OF JUSTICE

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
tsteed@ncdoj.gov

Post Office Box 629
Raleigh, NC 27602
Phone: (919) 716-6900
Fax: (919) 716-6763

*Counsel for State Board Defendants*