UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| VOTO LATINO, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:23-cv-00861 |
| | ) | |
| ALAN HIRSCH, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, et al., | ) ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:23-cv-00862 |
| | ) | |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., | ) ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| PHILIP E. BERGER, et al., | ) | |
| | ) | |
|     Intervenor-Defendants. | ) | |

| | | |
|---|---|---|
| DEMOCRACY NORTH CAROLINA, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:23-cv-00878 |
| | ) | |
| ALAN HIRSCH, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

These separate cases, which are not consolidated and are captioned as such only for purposes of convenience, have pending in each of them a motion by the State Board of Elections Defendants (the "State Board Defendants") for an order scheduling a status conference; and

It appearing that this request is unopposed;

IT IS HEREBY ORDERED that a status conference is hereby scheduled for **November 15, 2023, at 3:00 p.m., in Winston-Salem, Courtroom # 1,** at which time the court will take up the various concerns raised in the motions.

/s/   Thomas D. Schroeder
United States District Judge

November 13, 2023