# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

VOTO LATINO, et al.

    v.

ALAN HIRSCH, et al.

Case Number:    1:23CV861

# NOTICE OF HEARING

Take notice that a proceeding in this case has been **SET** as indicated below:

**PLACE:** Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC
**COURTROOM NO:** 1
**DATE & TIME:** December 28, 2023-10:00 a.m.
**PROCEEDING:** Oral Arguments on Motion for Preliminary Injunction

---

John S. Brubaker, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date:  December 7, 2023

TO:    All Counsel and/or Parties of Record