UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

VOTO LATINO, et al.,

    Plaintiffs,

 v.

ALAN HIRSCH, in his official capacity as Chair of the State Board of Elections, et al.,

    Defendants.

Case No. 1:23-cv-861

**ORDER**

    Plaintiffs Voto Latino, the Watauga County Voting Rights Task Force, Down Home North Carolina, and Sophie Jae Mead join with State Board Defendants (Karen Brinson Bell, Alan Hirch, Jeff Carmon, Stacy Eggers IV, Kevin Lewis, and Siobhan O'Duffy Millen); the Watauga County Board Defendants (Michael Behrent, Eric Eller, Matt Walpole, Leta Councill, and Elaine Rothenberg); the Legislative Intervenors (Philip E. Berger and Timothy K. Moore); and the RNC Intervenors (Republican National Committee, North Carolina Republican Party, Virginia A. Wasserberg, and Brenda M. Eldridge) to respectfully request a stay of proceedings in this matter.

    On January 21, 2024, this court entered a preliminary injunction against enforcement of a portion of 2023 N.C. Sess. Laws 140, commonly known as S. 747. (Doc. 68.) Thereafter, the North Carolina State Board of Elections updated guidance in

Numbered Memo 2023-05 as to the implementation of S. 747, which is effective until March 9, 2025, pursuant to N.C. Gen. Stat. §§ 163-22.2, 120-11.1. (Doc. 87 at 2.) In light of these developments and the possibility of additional legal developments in the near future, and in the interest of judicial efficiency, the parties' joint motion is GRANTED.

IT IS THEREFORE ORDERED that all proceedings in this matter are stayed pending further order of the court.

IT IS ORDERED that if N.C. Gen. Stat. § 163-82.6B has not been amended on or before March 9, 2025, the parties are directed to confer and provide a status update to the court no later than March 24, 2025.

IT IS ORDERED that if N.C. Gen. Stat. § 163-82.6B or Numbered Memo 2023-05 are amended prior to November 5, 2024, any motion to lift the stay will be briefed on an expedited basis whereby any responses shall be filed within four days after service of the motion, and any reply shall be filed two days thereafter.

/s/   Thomas D. Schroeder
United States District Judge

April 29, 2024