IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-CV-861

VOTO LATINO; *et al.*,

        Plaintiffs,

v.

ALAN HIRSCH, in his official capacity as Chair of the State Board of Elections; *et al.*,

        Defendants.

## NOTICE OF SUBSTITUTION

    Destin Hall, by and through undersigned counsel, hereby notifies the Court that Timothy Moore no longer holds the office of Speaker of the North Carolina House of Representatives and that he, as the successor in office and current Speaker of the North Carolina House of Representatives, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, is automatically substituted as a party in the above-captioned matter. Speaker Hall respectfully requests that all future filings be served through his undersigned counsel.

Respectfully submitted, this the 9th day of January, 2025.

> **NELSON MULLINS RILEY & SCARBOROUGH LLP**
>
> By: /s/ Phillip J. Strach
> Phillip J. Strach (NCSB # 29456)
> Alyssa M. Riggins (NCSB # 52366)
> Cassie A. Holt (NCSB # 56505)
> Alexandra M. Bradley (NCSB # 54872)
> 301 Hillsborough Street, Suite 1400
> Raleigh, North Carolina 27603
> Ph: (919) 329-3800
> phil.strach@nelsonmullins.com
> alyssa.riggins@nelsonmullins.com
> cassie.holt@nelsonmullins.com
> alex.bradley@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the forgoing document using the Court's CM/ECF System which will send notification to all counsel of record.

This the 9th day of January, 2025.

        **NELSON MULLINS RILEY &**
        **SCARBOROUGH LLP**

        By: /s/ Phillip J. Strach
            Phillip J. Strach (NCSB # 29456)