IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VOTO LATINO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALAN HIRSCH, in his official capacity as Chair of the State Board of Elections, et al.,<br><br>    Defendants,<br><br>    and<br><br>PHILIP E. BERGER, in his official capacity as President *Pro Tempore* of the North Carolina Senate, et al.,<br><br>    Intervenor-Defendants. | Case No. 1:23-cv-00861 |

**ORDER**

Before the Court is a motion from Plaintiffs Voto Latino, The Watauga County Voting Rights Task Force, Down Home North Carolina, and Sophie Jae Mead for Attorney Jyoti Jasrasaria, admitted via Notice of Special Appearance [Doc. #47], to withdraw as counsel in the above-captioned litigation. Having considered the motion, the Court finds good cause to allow the request. Plaintiffs continue to be represented by the remaining counsel of record.

IT IS THEREFORE ORDERED that the Motion [Doc. #92] for Jyoti Jasrasaria to Withdraw as Counsel is GRANTED.

This, the 14th day of January, 2025.

                                             /s/ Joi Elizabeth Peake
                                             Joi Elizabeth Peake
                                             United States Magistrate Judge