UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VOTO LATINO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH, in his official capacity as Chair of the State Board of Elections, *et al.*,<br><br>    Defendants,<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as President *Pro Tempore* of the North Carolina Senate, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 1:23-cv-00861-TDS-JEP |

## MOTION FOR SAMUEL T. WARD-PACKARD
## TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(e), Samuel T. Ward-Packard of the law firm Elias Law Group LLP, admitted via Notice of Special Appearance (ECF No. 6), hereby moves to withdraw as counsel for Plaintiffs Voto Latino, the Watauga County Voting Rights Task Force, Down Home North Carolina, and Sophie Jae Mead in the above-captioned litigation, and respectfully requests that his name be removed from all applicable service lists. Plaintiffs will continue to be represented by the undersigned attorneys at Elias Law Group LLP and Patterson Harkavy LLP.

| | |
|---|---|
| Dated: January 31, 2025 | By: /s/ *Samuel T. Ward-Packard* <br> Samuel T. Ward-Packard |
| **PATTERSON HARKAVY LLP** | **ELIAS LAW GROUP LLP** |
| Narendra K. Ghosh <br> Paul E. Smith <br> Patterson Harkavy LLP <br> 100 Europa Dr., Suite 420 <br> Chapel Hill, NC 27217 <br> Telephone: (919) 942-5200 <br> nghosh@pathlaw.com <br> psmith@pathlaw.com <br><br> *Counsel for Plaintiffs* | Aria C. Branch* <br> William K. Hancock* <br> Samuel T. Ward-Packard* <br> Elias Law Group LLP <br> 250 Mass. Ave. NW, Suite 400 <br> Washington, D.C. 20001 <br> Telephone: (202) 968-4490 <br> abranch@elias.law <br> whancock@elias.law <br> swardpackard@elias.law <br><br> * *Special Appearance pursuant to Local Rule 83.1(d)* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Samuel T. Ward-Packard to Withdraw as Counsel has been filed with the Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record. The motion has also been served on each client listed below in accordance with LR 83.1(e)(3).

    Voto Latino

    Watauga County Voting Rights Task Force

    Down Home North Carolina

    Sophie Jae Mead

Dated: January 31, 2025          */s/ Samuel T. Ward-Packard*
                                                        Samuel T. Ward-Packard