# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VOTO LATINO, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ALAN HIRSCH, in his official capacity as Chair of the State Board of Elections, et al.,<br><br>   Defendants,<br><br>   and<br><br>PHILIP E. BERGER, in his official capacity as President *Pro Tempore* of the North Carolina Senate, et al.,<br><br>   Intervenor-Defendants. | Case No. 1:23-cv-00861 |

## ORDER

Before the Court is a motion from Plaintiffs Voto Latino, The Watauga County Voting Rights Task Force, Down Home North Carolina, and Sophie Jae Mead for Samuel T. Ward-Packard of the law firm Elias Law Group LLP, admitted via Notice of Special Appearance, to withdraw as counsel in the above-captioned litigation. The Court finds good cause to allow the request. Plaintiffs continue to be represented by the remaining counsel of record.

IT IS THEREFORE ORDERED that the Motion to Withdraw [Doc. #94] is GRANTED, and Attorney Samuel Ward-Packard is terminated as counsel in this case.

This, the 7th day of February, 2025.

                                                            /s/ Joi Elizabeth Peake
                                                            Joi Elizabeth Peake
                                                            United States Magistrate Judge