UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VOTO LATINO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH, in his official capacity as Chair of the State Board of Elections, et al.,<br><br>    Defendants,<br><br>and<br><br>DESTIN C. HALL, et al.,<br><br>    Legislative Defendant-Intervenor | Case No. 1:23-cv-861 |

## ORDER

This matter is before the court on the Motion to Withdraw as Counsel for State Board Defendants filed by Special Deputy Attorney General Mary Carla Babb. As noted in the motion, State Board Defendants will continue to be represented by the remaining counsel of record, Special Deputy Attorney General Terence Steed. In light of the motion and representation contained therein, this Court finds that there is good cause to grant the motion.

IT IS THEREFORE ORDERED that the Motion to Withdraw as Counsel for State Board Defendants [Doc. #96] is GRANTED, and Attorney Mary Carla Babb is permitted to withdraw as counsel in this matter, and her appearance will be terminated on the docket.

This, the 4th day of March, 2025.

                                                    Joi Elizabeth Peake
                                            United States Magistrate Judge