UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VOTO LATINO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALAN HIRSCH, in his official capacity as Chair of the State Board of Elections, et al.,<br><br>    Defendants. | Case No. 1:23-cv-861-TDS-JEP |

**JOINT STATUS UPDATE**

Plaintiffs Voto Latino, the Watauga County Voting Rights Task Force, Down Home North Carolina, and Sophie Jae Mead, by and through their undersigned counsel, join with the State Board Defendants (Karen Brinson Bell, Alan Hirch, Jeff Carmon, Stacy Eggers IV, Kevin Lewis, and Siobhan O'Duffy Millen); the Watauga County Board Defendants (Michael Behrent, Eric Eller, Matt Walpole, Leta Councill, and Elaine Rothenberg); the Legislative Intervenors (Philip E. Berger and Destin Hall); and the RNC Intervenors (Republican National Committee, North Carolina Republican Party, Virginia A. Wasserberg, and Brenda M. Eldridge), collectively (the "Parties") to provide an update on the status of this matter.

The Parties have reached agreement in principle to resolve this matter by consent. However, the Parties require additional time to finalize the terms of the proposed resolution. The Parties will submit the proposed resolution or a further status update no later than April 30, 2025.

1

Dated: April 4, 2025.

Respectfully submitted,

*/s/ Narendra K. Ghosh*
Narendra K. Ghosh
Paul E. Smith
PATTERSON HARKAVY LLP
100 Europa Dr., Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com
psmith@pathlaw.com

*/s/ Aria C. Branch*
Aria C. Branch*
William K. Hancock*
ELIAS LAW GROUP LLP
250 Mass. Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
abranch@elias.law
whancock@elias.law

*Special Appearance pursuant to Local Rule 83.1(d)*

*Counsel for Plaintiffs*

**NORTH CAROLINA DEPARTMENT OF JUSTICE**

*/s/ Terence Steed*
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
E-mail: tsteed@ncdoj.gov
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6573

*Counsel for State Board Defendants*

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Bradley O. Wood*
Bradley O. Wood
N.C. State Bar No.: 22392
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 728-7012
Facsimile: (336) 726-6913
E-mail: Brad.Wood@wbd-us.com

*Counsel for Defendants Michael Behrent, Eric Eller, Leta Councill, Matt Walpole, and Elaine Rothenberg, each sued in their official capacity only as members of the Watauga County Board of Elections*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach (NCSB # 29456)
Alyssa M. Riggins (NCSB # 52366)
Cassie A. Holt (NCSB # 56505)
Alexandra M. Bradley (NCSB # 54872)
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
alex.bradley@nelsonmullins.com

*Counsel for Legislative Intervenor-Defendants*

**BAKER & HOSTETLER LLP**

/s/ Philip R. Thomas

Tyler G. Doyle (*pro hac vice*)
Texas State Bar No. 24072075
Rachel Hooper (*pro hac vice*)
Texas State Bar No. 24039102 811
Main St., Suite 1100
Houston, Texas 77002
Telephone: 713-751-1600
Facsimile: 713-751-1717
tgdoyle@bakerlaw.com
rhooper@bakerlaw.com

Trevor M. Stanley (*pro hac vice*)
District of Columbia Bar No. 991207
Richard Raile (*pro hac vice*)
District of Columbia Bar No. 1015689
Washington Square
1050 Connecticut Avenue NW, Suite 1100
Washington, DC 20036
Telephone: 202-861-1500
Facsimile: 202-861-1783
tstanley@bakerlaw.com
rraile@bakerlaw.com

Patrick T. Lewis (*pro hac vice*)
Ohio State Bar No. 0078314
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216-621-0200
Facsimile: 216-696-0740
plewis@bakerlaw.com

**CHALMERS, ADAMS, BACKER & KAUFMAN, PLLC**

Philip R. Thomas
N.C. Bar No. 53751
204 N. Person St.
Raleigh, NC 27601
Telephone: 919-670-5185
Facsimile: 678-582-8910
pthomas@chalmersadams.com

*Counsel for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing Joint Motion with the Clerk of Court using the CM/ECF system, which will notify all counsel of record electronically.


Dated: April 4, 2025.            /s/ _Aria C. Branch_
                                             Aria C. Branch